IN RE:                          )
                                )
BOBBY LOCKLEAR JR.              )
                                )          **Chapter 13**
    Debtor(s)               )

**ANSWER TO CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

BOBBY LOCKLEAR JR., (hereinafter Respondent), hereby answers the Motion filed by Santander Bank N. A., (hereinafter Petitioner), and asks the Court to deny Petitioner's request for relief from the Automatic Stay. Further, the Respondent asks the Court to schedule a Hearing on the Petitioner=s Motion, and the Respondent states that he can provide adequate protection. In support thereof, Respondent shows the Court as follows:

1. That the Debtor can catch up on the payments in a reasonable time.
2. That the collateral is necessary to the Debtor's Reorganization.

**WHEREFORE, THE RESPONDENTS MOVES THE COURT:**

1. That the Petitioner's Motion be denied and that the Court schedule a hearing in the matter.

This the 7th day of May, 2026.

/S/Chad W. Hammonds

Chad W. Hammonds
Attorney for the Respondent
3410 Capuano Road
Lumberton, NC 28360
(910) 608-3425
State Bar No. 21027

**CERTIFICATE OF SERVICE**


I, Chad W. Hammonds, Attorney at Law, of Post Office Box 7, Maxton, North Carolina 28364, certify:

That on May 7, 2026 I served the foregoing Answer on Creditor's Motion on the following parties to this action by Electronic Email through CM/ECF:


Troy Staley     (by electronic mail)
Chapter 13 Trustee
Post Office Box 1618
New Bern, NC 28563

EUDORA F. S. ARTHUR  (by electronic mail)
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601


I certify under penalty of perjury that the foregoing is true and correct.

This the 7th day of May, 2026.


/s/Chad W. Hammonds
Chad W. Hammonds
Attorney for Respondent
3410 Capuano Road
Lumberton, NC  28360
(910)608-3425
State Bar No.: 21027